B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of South Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pavilack, Harold H** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Harry H Pavilack; AKA Harry Pavilack** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**6708 N. Ocean Blvd**<br>**Myrtle Beach, SC**     ZIP Code **29577** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Horry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2740**<br>**Myrtle Beach, SC**     ZIP Code **29578** | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)

- ■
 Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pavilack, Harold H** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Columbia, South Carolina** | Case Number:<br>**10-05998** | Date Filed:<br>**8/20/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Cheevin Ty Gardner              September  7, 2010**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Cheevin Ty Gardner #10021** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Pavilack, Harold H**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Harold H Pavilack**

Signature of Debtor  **Harold H Pavilack**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September  7, 2010**

Date

#### Signature of Attorney*

X **/s/ Cheevin Ty Gardner**

Signature of Attorney for Debtor(s)

**Cheevin Ty Gardner #10021**

Printed Name of Attorney for Debtor(s)

**Pavilack & Associates, P.A.**

Firm Name

**Post Office Box 2740
Myrtle Beach, SC 29578**

Address

**843-448-9471  Fax: 843-626-0003**

Telephone Number

**September  7, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of South Carolina

In re    **Harold H Pavilack** _____     Case No. _____

                                          Debtor(s)           Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                   Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Harold H Pavilack**

                                           **Harold H Pavilack**

Date:    **September  7, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re  **Harold H Pavilack**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anderson Brothers Bank P.O. Box 187 Loris, SC 29569 | Anderson Brothers Bank P.O. Box 187 Loris, SC 29569 | 2393 Hwy 90, Loris, SC | | 568,768.00 (0.00 secured) |
| Atlantic Bank and Trust P.O. Box 813 Charleston, SC 29402 | Atlantic Bank and Trust P.O. Box 813 Charleston, SC 29402 | 117 Joseph E. Lowery Blvd | | 442,936.71 (0.00 secured) |
| Atlantic Bank and Trust C/O Douglas G. Lougee, VP 152 Bay Street PO Box 813 Charleston, SC 29402 | Atlantic Bank and Trust C/O Douglas G. Lougee, VP 152 Bay Street Charleston, SC 29402 | 1st REM 9 properties in Atlanta | | 1,293,145.76 (0.00 secured) |
| Atlantic Bank and Trust P.O. Box 813 Charleston, SC 29402 | Atlantic Bank and Trust P.O. Box 813 Charleston, SC 29402 | multiple prop in ATL | | 1,196,328.16 (0.00 secured) |
| Aurora Loan Service PO Box 1706 Scottsbluff, NE 69363-1706 | Aurora Loan Service PO Box 1706 Scottsbluff, NE 69363-1706 | house and lot at Waterford | | 2,000,000.00 (0.00 secured) |
| Bank of North Carolina 950 48th Ave. N. Ste 200 Myrtle Beach, SC 29577 | Bank of North Carolina 950 48th Ave. N. Ste 200 Myrtle Beach, SC 29577 | | | 915,000.00 (0.00 secured) |
| Bank of North Carolina 950 48th Ave. N. Ste 200 Myrtle Beach, SC 29577 | Bank of North Carolina 950 48th Ave. N. Ste 200 Myrtle Beach, SC 29577 | | | 692,910.00 (0.00 secured) |
| Bank of North Carolina FKA Beach First National 950 48th Ave, N. Ste 200 Myrtle Beach, SC 29577 | Bank of North Carolina FKA Beach First National 950 48th Ave, N. Ste 200 Myrtle Beach, SC 29577 | | | 360,000.00 (0.00 secured) |
| Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Lot located at 44 Tuscany | | 363,003.91 (0.00 secured) |
| Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Mariner's Dream | | 750,547.00 (0.00 secured) |
| Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Beach First Bank 1550 Oak Street Myrtle Beach, SC 29577 | Camp Swamp Partners | | 990,000.00 (0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    **Harold H Pavilack**                                                    Case No. _____
_____
        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | | | **1,401,352.00**<br><br>(0.00 secured) |
| **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | **Pierview Resort**<br>**Development** | | **600,000.00**<br><br>(0.00 secured) |
| **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | **Carolina First Bank**<br>**2003 N. Oak St.**<br>**Myrtle Beach, SC 29577** | | | **301,257.60**<br><br>(0.00 secured) |
| **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | | | **300,000.00**<br><br>(0.00 secured) |
| **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | | | **300,000.00**<br><br>(0.00 secured) |
| **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | **Crescent Bank**<br>**PO Box 3050**<br>**Myrtle Beach, SC 29578** | | | **750,000.00**<br><br>(0.00 secured) |
| **First Reliance Bank**<br>**801 North Lake Drive**<br>**Lexington, SC 29072** | **First Reliance Bank**<br>**801 North Lake Drive**<br>**Lexington, SC 29072** | | | **300,000.00**<br><br>(0.00 secured) |
| **First Reliance Bank**<br>**801 North Lake Drive**<br>**Lexington, SC 29072** | **First Reliance Bank**<br>**801 North Lake Drive**<br>**Lexington, SC 29072** | | | **275,000.00**<br><br>(0.00 secured) |
| **New Century Bank**<br>**2818 Raeford Rd**<br>**Fayetteville, NC 28303** | **New Century Bank**<br>**2818 Raeford Rd**<br>**Fayetteville, NC 28303** | | | **600,000.00**<br><br>(0.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, **Harold H Pavilack**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list
and that it is true and correct to the best of my information and belief.

Date    **September  7, 2010**                        Signature    **/s/ Harold H Pavilack**
_____                                _____
                                                        **Harold H Pavilack**
                                                        Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

5TH 3RD BANK
42 E. MAIN
NEW PALESTINE IN 46163


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


ANDERSON BROTHERS BANK
4230 MAIN STREET
LORIS SC 29569


ANDERSON BROTHERS BANK
P.O. BOX 187
LORIS SC 29569

ANDERSON BROTHERS BANK
P.O. BOX 187
LORIS SC 29569


ANDERSON BROTHERS BANK
P.O. BOX 187
LORIS SC 29569


ANDERSON BROTHERS BANK
P.O. BOX 187
LORIS SC 29569


ANITA RUTH FLOYD, ATTORNEY AT LAW
P.O. BOX 1482
CONWAY SC 29528


ATLANTIC BANK AND TRUST
P.O. BOX 813
CHARLESTON SC 29402


ATLANTIC BANK AND TRUST
C/O DOUGLAS G. LOUGEE, VP
152 BAY STREET
PO BOX 813
CHARLESTON SC 29402


ATLANTIC BANK AND TRUST
P.O. BOX 813
CHARLESTON SC 29402


ATLANTIC BANK AND TRUST
P.O. BOX 813
CHARLESTON SC 29402


AURORA LOAN SERVICE
PO BOX 1706
SCOTTSBLUFF NE 69363-1706


BANK OF AMERICA
PO BOX 15726
WILMINGTON DE 19886


BANK OF AMERICA
PO BOX 15726
WILMINGTON DE 19886

BANK OF AMERICA BUSINESS CARD
PO BOX 15710
WILMINGTON DE 19886


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
FKA BEACH FIRST NATIONAL
950 48TH AVE, N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577

BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BANK OF NORTH CAROLINA
950 48TH AVE. N. STE 200
MYRTLE BEACH SC 29577


BB&T
PO BOX 580002
CHARLOTTE NC 28258-0002


BB&T
POST OFFICE BOX 580340
CHARLOTTE NC 28258


BB&T
POST OFFICE BOX 580340
CHARLOTTE NC 28258


BB&T BANK CARD
P.O. BOX 580435
CHARLOTTE NC 28258


BB&T BANK CARD
P.O. BOX 580435
CHARLOTTE NC 28258


BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577

BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BEACH FIRST BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BEACH FIRST NATIONAL BANK
1550 OAK STREET
MYRTLE BEACH SC 29577


BENNETT DAVID KRASNER, ESQ
1233 BEACH ST., APT 49
ATLANTIC BEACH NY 11609


BENNETT DAVID KRASNER, ESQ
1233 BEACH ST., APT 49
ATLANTIC BEACH NY 11609


BHUPENDRA PATEL
402 PATTERSON DRIVE
MYRTLE BEACH SC 29572


BHUPENDRA PATEL
8747 MONACO CIRCLE
MYRTLE BEACH SC 29579


CAPITAL ONE
P.O. BOX 70885
CHARLOTTE NC 28272-0885


CARD SERVICES
PO BOX 2181
COLUMBUS GA 31902


CAROLINA BANK
PO BOX 9190
NORTH MYRTLE BEACH SC 29582


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577

```
CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
C/O WILLIAM P. CRAWFORD JR
104 S. MAIN ST
GREENVILLE SC 29601


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
2003 N. OAK ST.
MYRTLE BEACH SC 29577


CAROLINA FIRST BANK
PO BOX 7968
COLUMBIA SC 29202


CAROLINA TRUST
PO BOX 780004
MYRTLE BEACH SC 29578


CAROLINA TRUST
PO BOX 780004
MYRTLE BEACH SC 29578
```

CHARLES, S. ALTMAN, ATTORNEY AT LAW
P.O. BOX 265
CHARLESTON SC 29402


CHASE
CARD MEMBER SERVICES
POST OFFICE BOX 15153
WILMINGTON DE 19886


CHASE
CARD MEMBER SERVICES
POST OFFICE BOX 15153
WILMINGTON DE 19886


CHASE FINANCE
3415 VISION DRIVE
COLUMBUS OH 43219


CHRISTOPHER M. HINNANT
ATTORNEY FOR FIRST BANK
1209 CULBRETH DR., STE 200
WILMINGTON NC 28405


CITY NATIONAL BANK
6975 SW 87TH AVE
MIAMI FL 33173


CITY NATIONAL BANK OF SOUTH FLORIDA
6975 SW 87TH AVE
MIAMI FL 33173


COASTAL CAROLINA NATIONAL BANK
C/O HAGOOD & KERR, PA
PO BOX 220
MOUNT PLEASANT SC 29465


COASTAL CAROLINA NATIONAL BANK
2305 N. OAK ST
MYRTLE BEACH SC 29577


COASTAL CAROLINA NATIONAL BANK
2305 N. OAK ST
MYRTLE BEACH SC 29577

COASTAL FEDERAL BANK
2619 NORTH OAK ST
MYRTLE BEACH SC 29577


CONWAY NATIONAL BANK
1400 3RD AVENUE
CONWAY SC 29526


CONWAY NATIONAL BANK
1400 3RD AVENUE
CONWAY SC 29526


CONWAY NATIONAL BANK
1400 3RD AVENUE
CONWAY SC 29526


CONWAY NATIONAL BANK
1400 3RD AVENUE
CONWAY SC 29526


CONWAY NATIONAL BANK
1400 3RD AVENUE
CONWAY SC 29526


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528

```
CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528
```

CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528


COOPERATIVE BANK
201 MARKET STREET
WILMINGTON NC 28401


CPAE FEAR BANK
1117 MILITARY CUTOFF
WILMINGTON NC 28405


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 3050
MYRTLE BEACH SC 29578


CRESCENT BANK
PO BOX 674824
MARIETTA GA 30006

```
DANIEL J. MACDONALD
950 48TH AVE N STE 200
MYRTLE BEACH SC 29578


DANIEL J. MACDONALD
950 48TH AVE N STE 200
MYRTLE BEACH SC 29578


DANIEL J. MACDONALD
950 48TH AVE N STE 200
MYRTLE BEACH SC 29578


DANIEL J. MACDONALD
950 48TH AVE N STE 200
MYRTLE BEACH SC 29578


DANNY VILLACARLOS BUTLER
ATTORNEY AT LAW
P.O. BOX 336
MYRTLE BEACH SC 29578


DATA PUBLISHING
PO BOX 5986
HILTON HEAD ISLAND SC 29938


DAVID B. WHEELER
ATTORNEY FOR ATLANTIC BANK AND TRUST
P.O. BOX 22828
CHARLESTON SC 29413


DAVID B. WHEELER
ATTORNEY FOR WELLS FARGO BANK
P.O. BOX 22828
CHARLESTON SC 29413


DAVID BRIAN WHEELER
PO BOX 22828
CHARLESTON SC 29413


DAVID C. HICKS, ATTORNEY AT LAW
RICE, MACDONALD & WINTERS, PA
950 48TH AVE, N., STE 200
MYRTLE BEACH SC 29577
```

DAVID H. KOYSZA, ATTORNEY AT LAW
14 PHILLIPS LANE
GREENVILLE SC 29605


DISCOVER
P.O. BOX 71084
CHARLOTTE NC 28272


DR. ANDERSON
911 HAY ST.
FAYETTEVILLE NC 28306


FIRST BANK
C/O TERESA C. NIXON
P.O. BOX 508
TROY NC 27371


FIRST CITIZENS BANK
PO BOX 31068
CHARLOTTE NC 28231-1068


FIRST DATA
5565 GLENRIDGE CONNECTOR NE
STE 2000
ATLANTA GA 30342


FIRST DATA
5565 GLENRIDGE CONNECTOR NE
STE 2000
ATLANTA GA 30342


FIRST FEDERAL SAVINGS AND LOAN
PO BOX 118068
CHARLESTON SC 29423


FIRST FEDERAL SAVINGS AND LOAN
C/O JOSEPH AMY, EVP/CHEIF CREDIT OFFICER
2440 MALL DR., STE 100
CHARLESTON SC 29406


FIRST FEDERAL SAVINGS AND LOAN
P.O. BOX 118068
CHARLESTON SC 29423-8068

FIRST FEDERAL SAVINGS AND LOAN
PO BOX 190
CHARLESTON SC 29402

FIRST FEDERAL SAVINGS AND LOAN
PO BOX 190
CHARLESTON SC 29402

FIRST FEDERAL SAVINGS AND LOAN
PO BOX 190
CHARLESTON SC 29402

FIRST FEDERAL SAVINGS AND LOAN
PO BOX 530
CONWAY SC 29528

FIRST FEDERAL SAVINGS AND LOAN
PO BOX 530
CONWAY SC 29528

FIRST FEDERAL SAVINGS AND LOAN
P.O. BOX 118068
CHARLESTON SC 29423-8068

FIRST FEDERAL VISA
PO BOX 31279
TAMPA FL 33631

FIRST FEDERAL VISA
PO BOX 31279
TAMPA FL 33631

FIRST FEDERAL VISA
PO BOX 31279
TAMPA FL 33631

FIRST FEDERAL VISA
PO BOX 31279
TAMPA FL 33631

FIRST NATIONAL BANK OF OMAHA
PO BOX 2818
OMAHA NE 68103

```
FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST NATIONAL BANK OF OMAHA
PO BOX 3412
OMAHA NE 68103


FIRST PALMETTO SAVINGS BANK
407 DEKALB STREET
CAMDEN SC 29020


FIRST PIEDMONT
P.O. BOX 1900
GAFFNEY SC 29342


FIRST RELIANCE BANK
801 NORTH LAKE DRIVE
LEXINGTON SC 29072


FIRST RELIANCE BANK
801 NORTH LAKE DR.
LEXINGTON SC 29072


FIRST RELIANCE BANK
801 NORTH LAKE DRIVE
LEXINGTON SC 29072
```

FIRST RELIANCE BANK
801 NORTH LAKE DRIVE
LEXINGTON SC 29072


FOX TV
3364 HUGER ST
MYRTLE BEACH SC 29577


HCSB
201 WEST 6TH ST
MIDLAND TX 79702


HORRY COUNTY STATE BANK
PO BOX 218
LORIS SC 29569


HORRY COUNTY TAX OFFICE
PO BOX 1828
CONWAY SC 29528


HSBC MORTGAGE SERVICES, INC.
PO BOX 9068
BRANDON FL 33509


HUGH L. WILLCOX
WILLCOX, BUYCK & WILLIAMS, PA
P.O. BOX 1909
FLORENCE SC 29503


IAN DOUGLAS MCVEY, ATTORNEY AT LAW
P.O. BOX 100200
COLUMBIA SC 29202


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114-0326


J. JACKSON THOMAS
1314 PROFESSIONAL DRIVE
PO BOX 1290
MYRTLE BEACH SC 29578

```
J. JACKSON THOMAS
1314 PROFESSIONAL DRIVE
PO BOX 1290
MYRTLE BEACH SC 29578


J. JACKSON THOMAS
1314 PROFESSIONAL DRIVE
PO BOX 1290
MYRTLE BEACH SC 29578


J. JACKSON THOMAS
1314 PROFESSIONAL DRIVE
PO BOX 1290
MYRTLE BEACH SC 29578


J. JACKSON THOMAS
1314 PROFESSIONAL DRIVE
PO BOX 1290
MYRTLE BEACH SC 29578


J. RANDALL LEE
C/O ANITA RUTH FLOYD, ATTORNEY AT LAW
P.O. BOX 1482
CONWAY SC 29528-1482


J. RANDALL LEE
C/O ANITA RUTH FLOYD, ATTORNEY AT LAW
P.O. BOX 1482
CONWAY SC 29528-1482


J. RANDALL LEE
C/O ANITA RUTH FLOYD, ATTORNEY AT LAW
P.O. BOX 1482
CONWAY SC 29528-1482


J. RONALD JONES
ATTORNEY FOR CLAWSON & STAUBES, LLC
126 SEVEN FARMS DR., STE 200
CHARLESTON SC 29492


J. RONALD JONES
ATTORNEY FOR CLAWSON & STAUBES, LLC
126 SEVEN FARMS DR., STE 200
CHARLESTON SC 29492
```

JACK MOORE
C/O EAGLES
1000 S. KINGS HWY
MYRTLE BEACH SC 29577


JACK SHALHON
P.O. BOX 6510
ELIZABETHPORT NJ 07206


JACK SHALHON
7 SLATER DRIVE
ELIZABETHPORT NJ 07206-2129


JAMES M. ROBBINS
PO BOX 2740
MYRTLE BEACH SC 29578-2740


JANET B. HAIGLER, ATTORNEY AT LAW
FINKEL LAW FIRM, LLC
P.O. BOX 1799
COLUMBIA SC 29202


JEANNE ALLISON PEARSON
JOHNSTON, ALLISON AND HORD, PA
1065 EAST MOREHEAD ST
COLUMBIA SC 29204


JOHN B. BUTLER, III
ATTORNEY AT LAW
1217 ANTHONY AVE.
COLUMBIA SC 29201


JOHN B. KELCHNER
KORN LAW FIRM, PA
1300 PICKENS ST.
P.O. BOX 11264
COLUMBIA SC 29211


JOHN BRIAN KELCHNER, ATTORNEY AT LAW
KORN LAW FIRM, PA
P.O. BOX 11264
COLUMBIA SC 29211-1264

JOHN JOSEPH DODDS, III, ATTORNEY AT LAW
CISA & DODDS, LLP
622 JOHNNIE DODDS BLVD.
MOUNT PLEASANT SC 29464


JOHN K. DUBOSE, III, ATTORNEY AT LAW
DUBOSE-ROBINSON, PC
P.O. DRAWER 39
CAMDEN SC 29020


JOHN STILLWAGON
8708 N. OCEAN BLVD
MYRTLE BEACH SC 29577


KENNETH R. MOSS, ATTORNEY AT LAW
THE MCGOUGAN LAW FIRM
P.O. BOX 250
LITTLE RIVER SC 29566


MARTA V. ARTEAGA
C/O K. DOUGLAS THORNTON, ATTORNEY AT LAW
1025 3RD AVE.
CONWAY SC 29528


MEIR LEVY
666 BROADWAY, 2ND FLOOR
NEW YORK NY 10021


MET BANK
C/O RWRD
2500 S MINNESOTA AVE
BRANDON SD 57005


MICHAEL J. HICKERSON, ATTORNEY AT LAW
MOORE AND VAN ALLEN
40 CALHOUN ST.
CHARLESTON SC 29401


MICHAEL J. HICKERSON, ATTORNEY AT LAW
MOORE AND VAN ALLEN
40 CALHOUN ST.
CHARLESTON SC 29401

MICHAEL J. HICKERSON, ATTORNEY AT LAW
MOORE AND VAN ALLEN
40 CALHOUN ST.
CHARLESTON SC 29401


MICHAEL J. HICKERSON, ATTORNEY AT LAW
MOORE AND VAN ALLEN
40 CALHOUN ST.
CHARLESTON SC 29401


MOSHI ADI
C/O EAGLES
1000 S. KINGS HWY
MYRTLE BEACH SC 29577


NATIONAL BANK OF SOUTH CAROLINA
3650 MAIN STREET
CONWAY SC 29526


NBSC
1045 BROAD STREET
SUMTER SC 29150


NEW CENTURY BANK
2818 RAEFORD RD
FAYETTEVILLE NC 28303


NORTH ATLANTA BANK
10500 OLD ALABAMA RD. CONNECTOR
ALPHARETTA GA 30022


O.L. JERNIGAN
200 LONGNEEDLE CT.
RALEIGH NC 27603-3896


OSTROW KERSHAW, LLC
C/O EDWARD WADE MULLINS, III
BRUNER POWELL ROBBINS WALL & MULLINS
P.O. BOX 61110
COLUMBIA SC 29260


PALMETTO HERITAGE
4375 HIGHWAY 17 BYPASS
MURRELLS INLET SC 29576

```
PAT ABBOTT
C/O DAVID C. HICKS, ATTORNEY AT LAW
RICE MACDONALD & WINTERS, PA
950 48TH AVE., N., STE 200
MYRTLE BEACH SC 29577


PHILIP COLEMAN THOMPSON, ATTORNEY AT LAW
THOMPSON & HENRY, PA
P.O. BOX 1740
CONWAY SC 29528


PIKE MCFARLAND
1300 PROFESSIONAL DR #201
MYRTLE BEACH SC 29577


PLANTATION FEDERAL BANK
PO BOX 27095
ANDERSON SC 29626


RBC BANK
1703 LAUREL ST
COLUMBIA SC 29201


RBC BANK
PO BOX 2857
ROCKY MOUNT NC 27802


RBC BANK
PO BOX 2857
ROCKY MOUNT NC 27802


RBC BANK
PO BOX 700
ROCKY MOUNT NC 27802


RBC BANK
PO BOX 2857
ROCKY MOUNT NC 27802


RBC BANK
PO BOX 2857
ROCKY MOUNT NC 27802
```

RBC CENTURA
PO BOX 869
BUFFALO NY 14240-0869


REGIONS
PO BOX 2224
BIRMINGHAM AL 35246


REGIONS BANK
PO BOX 15286
WILMINGTON DE 19886


RICKEY LEMAY
1341 44TH AVE N
MYRTLE BEACH SC 29577


ROBINSON ELECTRIC
3868 GREAT FALLS HWY
LANCASTER SC 29720


RONALD T. ELVIS
2626 SOCIETY DR.
CONWAY SC 29527


SAM LAUREN
C/O EAGLES
1000 S. KINGS HWY
MYRTLE BEACH SC 29577


SAMUEL C. WATERS, ATTORNEY AT LAW
ROGERS, TOWNSEND & THOMAS, PC
P.O. BOX 100200
COLUMBIA SC 29202-3200


SANDHILLS BANK
1020 HIGHWAY 17 NORTH
NORTH MYRTLE BEACH SC 29582


SCA
PO BOX 876
GREENVILLE NC 27835


SCB&T
1550 OAK ST.
MYRTLE BEACH SC 29577

SHAUL LEVY
355 E. 72ND ST.
NEW YORK NY 10021


SHAUL LEVY
1500 OCEAN DRIVE
APT 501
MIAMI BEACH FL 33139


SOUTH ATLANTIC BANK
630 29TH AVE N
MYRTLE BEACH SC 29577


SOUTH CAROLINA DEPT OF REVENUE
ATTN RONALD URBAN
PO BOX 12265
COLUMBIA SC 29211


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492


STEPHANIE A. GRUNTHAL, ATTORNEY AT LAW
126 SEVEN FARM DR., STE 200
CHARLESTON SC 29492

SUZANNE G. GRIGG, ATTORNEY AT LAW
NEXSEN PRUET, LLC
P.O. DRAWER 2426
COLUMBIA SC 29202


TAMAR GAL
C/O EAGLES
1000 S. KINGS HWY
MYRTLE BEACH SC 29577


TARA E. NAUFUL
HAYNSWORTH SINKLER BOYD, PA
PO BOX 11889
COLUMBIA SC 29211


TIDELANDS BANK
1312 PROFESSIONAL DR
MYRTLE BEACH SC 29577


TIMOTHY WHISLER
ATTORNEY FOR FIRST FEDERAL SAVINGS & LOA
126 SEVEN FARMS DR., STE 200
CHARLESTON SC 29492


TOUCHMARK BANK
C/O JOHN K. DUBOSE, III
DUBOSE - ROBINSON, PC
P.O. DRAWER 39
CAMDEN SC 29020


VERIZON
P.O. BOX 105378
ATLANTA GA 30348


VISTA BANK
1106 3RD AVE
CONWAY SC 29526


WACCAMAW BANK
111 E. STRAWBERRY BLVD.
CHADBOURN NC 28431


WACHOVIA
PO BOX 15137
WILMINGTON DE 19886-5137

WELLS FARGO BANK NA
PINNACLE PROPERTY MANAGEMENT
1039 44TH AVE NORTH
MYRTLE BEACH SC 29577


WELLS FARGO BANK, N.C.
C/O BRIAN A. BURDEN, SPO
301 SOUTH TRYON STREET, D1129-100
CHARLOTTE NC 28288-0659