## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: 10-06503-jw

### ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**11/05/2010**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/08/2010

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

In re:                                    )
                                          )
Harold H. Pavilack,                       )          Case No 10-06503-jw
                                          )
                                          )          Chapter 11
                                          )
                    Debtor.               )
                                          )
_____   )

## ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

This matter comes before the Court on the motion of the United States Trustee (UST) for

an order directing the appointment of a chapter 11 trustee (Motion).  At the hearing on the

Motion, the Debtor, the only party to have filed an objection to the Motion, withdrew his

objection and informed the Court that he did not oppose a finding by the Court that there is cause

for appointment of a trustee under 11 U.S.C. § 1104(a)(1).  All six creditors which filed

responses to the motion agreed that cause exists for the appointment of a trustee.

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court

pursuant to 28 U.S.C. § 1408 and 1409.

At the hearing on the motion, the UST informed the Court that the report which was filed

by George DuRant, the Examiner in this case, raised sufficient issues to warrant a finding by the

Court of cause for the appointment of a trustee.  The Court has reviewed the Examiner's report

and agrees that cause exists under 11 U.S.C. § 1104(a)(1) for appointment of a trustee.  It is,

therefore

2

ORDERED, that the Motion is granted and the UST is directed to appoint a chapter 11 trustee in this case after consultation with the parties.  The Examiner is hereby relieved of his duties in the case, except as shall be reasonably necessary to assist the trustee in transition after the trustee's appointment.