# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 10-06503-jw

### ORDER APPROVING APPOINTMENT OF TRUSTEE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**11/09/2010**



*John E Waites*

Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/09/2010

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

Harold H. Pavilack,

Debtor.

Case No. 10-06503-jw

Chapter 11

**ORDER APPROVING APPOINTMENT OF TRUSTEE**

This proceeding comes before the Court on the application of the United States Trustee ("the UST") pursuant to Fed. R. Bankr. Pro. 2007.1 for an order approving the appointment of Charles P. Summerall, IV, as Trustee in this case.

The Court finds that the UST has complied with the requirements of Fed. R. Bankr. Pro. 2007.1 regarding the selection of the Trustee. The Court concludes that the selection of Charles P. Summerall, IV, as Trustee should be approved.

AND IT IS SO ORDERED.