**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

Harold H. Pavilack,

            Debtor.

Case No. 10-06503-jw
Chapter 11

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

      Pursuant to 11 U.S.C. §1102, the following persons, having indicated a willingness to serve, are appointed as the Committee of Unsecured Creditors.

Johnny Brown, Vice President
Bank of North Carolina
3751 Grissom Parkway
Myrtle Beach, SC  29577
(843) 839-7770

Jamin M. Hujik, Vice President
Crescent Bank
Altman & Coker
Attn: Charlie Altman
575 King Street, Suite A
Charleston, SC  29403
(843) 626-2200

Brian A. Burden
Wells Fargo/Wachovia
301 S. Tryon , M-10
Charlotte, NC 28288
D112-100
(704) 383-0281

           W. CLARKSON MCDOW, JR.
           United States Trustee
           Region Four

           By:   /s/   Joseph F, Buzhardt, III
           Joseph F. Buzhardt, III
           Assistant U. S. Trustee
           Office of United States Trustee
           1835 Assembly Street - Suite 953
           Columbia, South Carolina  29201
           (803) 765-5250

Date: November 23, 2010